IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

VS.                                          CIVIL ACTION NO. 3:08CV47HTW-LRA

ELLA W. TRAVIS                                                     DEFENDANT

## CONSENT JUDGMENT

The plaintiff and defendant, as shown by their signatures below, having agreed to this Consent Judgment for the disposition of claims asserted by the plaintiff herein;

IT IS HEREBY ORDERED AND ADJUDGED that the United States of America have and recover of and from the defendant, Ella W. Travis, the sum of $4,852.55 ($2,901.67 principal, plus $1,950.88 interest as of November 13, 2007), plus interest on the principal sum of $2,901.67 from and after November 13, 2007, at the rate of 8% per annum to date of judgment, and all costs in this behalf expended, and filing fee costs in the amount of $350.00 in favor of the plaintiff, pursuant to 28 U.S.C. § 2412(a)(2). Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full.

ORDERED AND ADJUDGED this 6th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
PSHON BARRETT
Assistant U. S. Attorney


_____
LEONARD MCCLELLAN
Attorney for Defendant